ב"ה

Levi Y. Silver (LS6546)
lsilver@silverlawfirm.com
**SILVER & SILVER APC**
245 West 17th Street, 5th Floor
New York, New York 10011
Telephone:  (212) 851-6428
Facsimile:  (619) 231-1616

Elie C. Poltorak (EP0770)
elie@poltoraklaw.com
**POLTORAK PC**
1650 Eastern Parkway, Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PATENT CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>WI-LAN INC., GLADIOS IP INC.,<br>and PAUL J. LERNER, ESQ.<br><br>　　　　　　　　　　Defendants. | Case No. 1:11-cv-06585 (JFK)<br><br>**NOTICE OF APPEAL** |

　　　Notice is hereby given that Plaintiff General Patent Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from an order vacating the Temporary Restraining Order previously granted herein and denying Plaintiff a Preliminary Injunction against Defendants, entered in this action on the 14th day of November, 2011.

49124

Dated:   Brooklyn, New York
         November 21, 2011

          Respectfully submitted,

          **SILVER & SILVER APC**
          Levi Y. Silver (LS6546)
          lsilver@silverlawfirm.com

          – and –

          **POLTORAK PC**

By: _____
     Elie C. Poltorak (EP0770)
     elie@poltoraklaw.com

*Attorneys for Plaintiff*

TO:   PRYOR CASHMAN LLP
      Jamie M. Brickell, Esq.
      Jonathan T. Shepard, Esq.
      Eric D. Dowell, Esq.
      7 Times Square
      New York, NY  10036-6569
      (212) 326-0869

*Attorneys for Defendants Wi-LAN, Inc. and Gladios IP, Inc.*

SHAPIRO FORMAN ALLEN & SAVA LLP
Robert W. Forman, Esq.
380 Madison Avenue, 25th Floor
New York, NY 10017
(212) 972-4900

*Attorneys for Defendant Paul J. Lerner, Esq.*

49124

## CERTIFICATE OF SERVICE

I, Elie C. Poltorak, a member of the bar of this Court, certify that on November 21, 2011, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as NOTICE OF APPEAL was served on the parties in this action by depositing same in a sealed envelope, with postage prepaid thereto, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees, as they appear below:

PRYOR CASHMAN LLP
Jamie M. Brickell, Esq.
Jonathan T. Shepard, Esq.
Eric D. Dowell, Esq.
7 Times Square
New York, NY  10036-6569
(212) 326-0869

*Attorneys for Defendants Wi-LAN, Inc. and Gladios IP, Inc.*

SHAPIRO FORMAN ALLEN & SAVA LLP
Robert W. Forman, Esq.
380 Madison Avenue, 25th Floor
New York, NY 10017
(212) 972-4900

*Attorneys for Defendant Paul J. Lerner, Esq.*

Executed on November 21, 2011 at Brooklyn, New York.

                                                                                        _____
                                                                                                Elie C. Poltorak (EP0770)

49124