ב"ה

Levi Y. Silver (LS6546)
lsilver@silverlawfirm.com
**SILVER & SILVER APC**
245 West 17th Street, 5th Floor
New York, New York 10011
Telephone:  (212) 851-6428
Facsimile:  (619) 231-1616

Elie C. Poltorak EP0770
elie@poltoraklaw.com
**POLTORAK PC**
1650 Eastern Parkway, Suite 400
Brooklyn, NY 11233
Telephone: (718) 943-8815
Facsimile: (718) 943-8816

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL PATENT CORPORATION, | Docket No. 11-5020 |
| Plaintiff, | Case No. 1:11-cv-06585 (JFK-DCF) |
| -against- | **AMENDED NOTICE OF APPEAL** |
| WI-LAN INC., GLADIOS IP INC., and PAUL J. LERNER, ESQ., | |
| Defendants. | |

Notice is hereby given that Plaintiff General Patent Corporation hereby appeals to the United States Court of Appeals for the Second Circuit from an Opinion and Order denying Plaintiff a Preliminary Injunction against Defendants, entered in this action on November 22, 2011.

1039.2011003\49193

Dated:     Brooklyn, New York
           December 14, 2011

                                            Respectfully submitted,

**SILVER & SILVER APC**
Levi Y. Silver (LS6546)
lsilver@silverlawfirm.com

– and –

**POLTORAK PC**

By: _____
    Elie C. Poltorak EP0770
    elie@poltoraklaw.com

*Attorneys for Plaintiff*

TO:

Jamie M. Brickell, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036-6569
(212) 326-0869

*Attorneys for Defendants Wi-LAN, Inc. and Gladios IP, Inc.*

Robert W. Forman, Esq.
SHAPIRO FORMAN ALLEN & SAVA LLP
380 Madison Avenue, 25th Floor
New York, NY 10017
(212) 972-4900

*Attorneys for Defendant Paul J. Lerner, Esq.*