UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

GENERAL PATENT CORPORATION,          :
                                     :
                    Plaintiff,       :
                                     : No. 11 Civ. 6585 (JFK) (DCF)
        -against-                    :
                                     :        ORDER
WI-LAN INC., GLADIOS IP INC., and    :
PAUL J. LERNER, ESQ.,                :
                                     :
                    Defendants.      :

------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Mr. Brickell apparently misunderstood the Court's Order at the status conference on March 18, 2012.  Although the Court permitted General Patent Corporation ("GPC") thirty days to respond to Wi-Lan's motion for partial summary judgment, it did not stay discovery on any of GPC's claims.  Wi-Lan should provide the requested documents in accordance with Magistrate Judge Debra C. Freeman's orders.


**SO ORDERED.**

Dated:    New York, New York
          March 26, 2012

                                    JOHN F. KEENAN
                                United States District Judge