UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
GENERAL PATENT CORPORATION,            :
                                       :
                    Plaintiff,         :
                                       : No. 11 Civ. 6585 (JFK) (DCF)
        -against-                      :
                                       :       ORDER
WI-LAN INC., GLADIOS IP INC., and      :
PAUL J. LERNER, ESQ.,                  :
                                       :
                    Defendants.        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 9, 2012

**JOHN F. KEENAN, United States District Judge:**

    At the conclusion of the last status conference on March 19, 2012, Mr. Silver requested leave to file a Second Amended Complaint. As part of this request, Mr. Silver represented to the Court that he recently learned that he needed to include additional plaintiffs in certain causes of action. The Court granted Mr. Silver's request, notifying the parties that the Amended Complaint must be filed by March 21, 2012, and that no further amendments would be permitted. Plaintiff's Second Amended Complaint, which was served but not filed on March 21, 2012, included not only five additional parties, but also eleven new causes of action. By letter dated March 26, 2012, Plaintiff has requested the Court's permission to file this Amended Complaint.

    Despite Mr. Silver's explicit representation to the Court and defense counsel that the amendment was solely for the

purpose of adding parties, to avoid any further delay in this litigation, the Court will permit Mr. Silver to file the Second Amended Complaint without formal motion because "[t]he Court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court will not entertain any further motions for amendment of the pleadings.

To allow the Defendants time to review the additional causes of action, the Court will extend the briefing schedule by one week. The Defendants are to move for partial summary judgment by April 24, 2012; Plaintiffs are to respond by June 25, 2012; Defendants may file their reply on July 9, 2012. Oral argument will be scheduled upon the request of either side. Otherwise, the motion will be decided on the papers.

**SO ORDERED.**

Dated:   New York, New York
         April 5, 2012

                                    JOHN F. KEENAN
                                    United States District Judge