# ■ PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806       www.pryorcashman.com

**Jonathan T. Shepard**
Partner

Direct Tel: 212-326-0496
Direct Fax: 212-515-6963
jshepard@pryorcashman.com

**MEMO ENDORSED**



May 4, 2012

**VIA FEDEX**

Hon. John F. Keenan
United States District Court
500 Pearl Street, Room 1930
New York, NY 10007-1312

    Re:    *General Patent Corporation v. Wi-LAN Inc., et al.*, No. 11 Civ. 6585 (JFK)

Dear Judge Keenan:

    As your Honor will recall, we represent Wi-LAN Inc. and Gladios IP Inc. (collectively, the "Corporate Defendants") in the above-referenced action.

    By this letter, the parties jointly request that the briefing schedule currently in place for Defendants' anticipated motions for partial summary judgment be adjourned by one month. The reason for this request is that the senior partner representing the Corporate Defendants, Jamie Brickell, underwent surgery to remove a brain tumor on Thursday, April 19. The surgery was successful and Mr. Brickell is doing well, but he expects to reintegrate work back into his life gradually over the next several weeks.

    Upon learning of these circumstances, counsel for Plaintiff graciously volunteered that the case could stand still (with respect to motions and discovery) for one month while Mr. Brickell recuperates. Counsel for Defendants' agreed that such a stand still would be welcome, and the parties are sending letters similar to this one to both Magistrate Freeman and the Second Circuit. Accordingly, the parties respectfully request that the briefing schedule for Defendants' motions be adjourned as follows:

- Last day for Defendants to file motion papers: Adjourned from May 25, 2012 to June 25, 2012

- Last day for Plaintiff to file opposition papers: Adjourned from July 24, 2012 to August 24, 2012

- Last day for Defendants to file reply papers: Adjourned from August 7, 2012 to September 10, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-12

**PRYOR CASHMAN LLP**

Hon. John F. Keenan
May 4, 2012
Page 2

Thank you for your attention to this matter.

Respectfully submitted,

Jonathan T. Shepard

cc: Levi Silver, Esq. (by email)
    Robert Forman, Esq. (by email)

```
SO ORDERED.
Dated:    New York, N.Y.
          May 7, 2012
```

_____
U.S.D.J.