# SILVER & SILVER APC

California | New York

245 West 17th Street, 5th Floor, New York, NY 10011
Tel: 619.231.1600 | Fax: 619.231.1616
www.silverlawfirm.com

Levi Y. Silver (Admitted in CA & NY)
Zvi "Hershy" Silver (Admitted in CA)

**MEMO ENDORSED**

Levi Y. Silver
Partner
lsilver@silverlawfirm.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-22-12

August 20, 2012

**BY FACSIMILE** (with permission)

Hon. John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

RECEIVED
AUG 20 2012
JUDGE KEENAN'S CHAMBERS

    Re:   *General Patent Corporation, et al. v. Wi-LAN Inc., et al.*,
           No. 11 Civ. 6585 (JFK) (DCF)

Dear Judge Keenan:

    This office represents Plaintiffs in the above-referenced matter.

    On June 25, 2012, Defendants served (but did not file) motions for partial summary judgment. Under the briefing schedule currently in place, which was so ordered by your Honor on May 7, 2012, Plaintiffs' opposition papers are due August 24, 2012, and Defendants' reply papers are due September 10, 2012.

    By this letter, the parties jointly request that, in light of certain outstanding discovery issues (including certain issues to be resolved by Magistrate Freeman), the above-referenced briefing schedule on Defendants' motions for partial summary judgment be modified to the following:

- Last day for Plaintiffs to serve opposition papers: September 20, 2012.

- Last day for Defendants to serve reply papers: October 19, 2012.

Hon. John F. Keenan
8/20/2012
Page 2

  The parties previously jointly requested two modifications of the above-referenced briefing schedule and both such requests were granted.

  Thank you for your attention to this matter.

Respectfully submitted,

Levi Y. Silver
**SILVER & SILVER APC**

cc (by email):  Jamie M. Brickell, Esq., Jonathan T. Shepard, Esq., Eric D. Dowell, Esq., Robert W. Forman, Esq., Yoram Miller, Esq., Elie C. Poltorak, Esq.

```
Application granted.

SO ORDERED.
Dated:     New York, N.Y.
           August 22, 2012
```

_/s/ John F. Keenan_
U.S.D.J.