UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL PATENT CORPORATION,
ALEXANDER POLTORAK, VALERIA
POLTORAK, KATHLENE INGHAM,
POLTORAK FAMILY LLC, and ALEXANDER
POLTORAK GPC HOLDINGS LLC,

                Plaintiffs,

  -against-

WI-LAN INC., GLADIOS IP INC.,
and PAUL J. LERNER, ESQ.

                Defendants.

---

WI-LAN INC.,

                Counterclaim-Plaintiff,

  -against-

GENERAL PATENT CORPORATION,

                Counterclaim-Defendant.

---

PUAL J. LERNER,

                Counterclaim-Plaintiff,

  -against-

GENERAL PATENT CORPORATION,

                Counterclaim-Defendant.

No. 11 Civ. 6585 (JFK-DCF)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41, the above-captioned action, including all claims and counterclaims, is voluntarily dismissed with prejudice without costs to any party.

    The clerk of the above-entitled court is authorized and directed to enter in the record of

the above-captioned action this dismissal with prejudice.

DATED: October 3, 2012

SILVER & SILVER APC

By: _____
Levi Y. Silver
245 West 17th Street, 5th Floor
New York, New York 10011
(619) 231-1600
lsilver@silverlawfirm.com

- and -

**POLTORAK PC**
Elie C. Poltorak
1650 Eastern Parkway, Suite 400
Brooklyn, New York 11233
(718) 943-8815
elie@poltoraklaw.com

*Attorneys for Plaintiff, Counterclaim-Defendant General Patent Corporation and Plaintiffs Alexander Poltorak, Valeria Poltorak, Kathlene Ingham, Poltorak Family LLC, and Alexander Poltorak GPC Holdings LLC*

PRYOR CASHMAN LLP

By: _____
Jamie M. Brickell
Jonathan T. Shepard
Eric D. Dowell
7 Times Square
New York, New York 10036-6569
(212) 326-1869
jbrickell@pryorcashman.com
jshepard@pryorcashman.com
edowell@pryorcashman.com

*Attorneys for Defendant, Counterclaim-Plaintiff Wi-LAN Inc. and Defendant Gladios IP Inc.*

**SHAPIRO FORMAN ALLEN & SAVA LLP**

By: _____
Robert W. Forman
Yoram Miller
380 Madison Avenue, 25th Floor
New York, New York 10017
(212) 972-4900
forman@sfa-law.com
ymiller@sfa-law.com

*Attorneys for Defendant, Counterclaim-Plaintiff Paul J. Lerner*